**NATIONAL LABOR RELATIONS BOARD,
Petitioner, v. BARITE MINING
COMPANY.**

No. 13799.

United States Court of Appeals
Eighth Circuit.

Aug. 19, 1948.

Ruth Weyand, Acting Asst. Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Gleick & Strauss, of St. Louis, Mo., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on stipulation of parties filed with Board, and petition for enforcement.

**George SCALISE, Appellant, v. Joseph W.
SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 12424.

United States Court of Appeals
Fifth Circuit.

Oct. 18, 1948.

Wm. A. McClain, of Atlanta, Ga., for appellant.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge and McCORD and WALLER, Circuit Judges.

PER CURIAM.

His petition for habeas corpus having, after hearing been denied, appellant is here seeking a reversal of the judgment. A careful examination of the record shows that appellant was afforded a full and fair hearing in the court below, that no new or unsettled question requiring discussion is presented for our review, and that no error requiring reversal attended the proceedings below. The judgment is accordingly, therefore, affirmed.

**Leonty SAVOROFF, Appellant, v. UNITED
STATES of America, Appellee.**

No. 11812.

United States Court of Appeals
Ninth Circuit.

Oct. 12, 1948.

J. Gerald Williams, of Anchorage, Alaska, for appellant.

J. Earl Cooper, Asst. U. S. Atty., of Anchorage, Alaska, for appellee.

Before MATHEWS, BONE, and ORR, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.

**Florence STRONG and Barbara Roberts,
Appellants, v. BROWARD COUNTY KENNEL CLUB, Inc., et al., Appellees.**

No. 12442.

United States Court of Appeals
Fifth Circuit.

Oct. 11, 1948.

No appearances entered for appellants.

C. A. Hiassen, of Fort Lauderdale, Fla., for appellee.

Before HUTCHESON, Chief Judge and McCORD and WALLER, Circuit Judges.

PER CURIAM.

Motion is sustained and the appeal is dismissed.